# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMANDA BALSCHMITER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>TD AUTO FINANCE LLC,<br><br>        Defendant. | Case No. 13-CV-1186-JPS |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Defendant TD Auto Finance LLC in the above-captioned proceedings.

    I hereby certify that I am an attorney admitted to practice in this Court.


Dated: January 9, 2015

    Respectfully submitted,

    By: /s/ Mark T. Stancil

    Mark T. Stancil
    ROBBINS, RUSSELL, ENGLERT, ORSECK,
    UNTEREINER & SAUBER LLP
    1801 K Street, N.W., Suite 411
    Washington, DC 20006
    (202) 775-4500
    mstancil@robbinsrussell.com