UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AMANDA BALSCHMITER,

          Plaintiff,

v.

TD AUTO FINANCE LLC.

          Defendant.

Case No. 13-CV-1186-JPS

ORDER

      The parties filed a stipulation of dismissal of this matter on June 18, 2015. (Docket #105). In it, they request that this matter be dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *Id.* Now, finding no reason not to grant the parties' request, the Court will dismiss this matter in its entirety without prejudice.

      Accordingly,

      IT IS ORDERED that the parties' stipulation of dismissal (Docket #105) be and the same is hereby GRANTED and this matter be and the same is hereby DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

      Dated at Milwaukee, Wisconsin, this 19th day of June, 2015.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge